**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7917**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

        versus

BYRON KEITH COLLINS,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Aiken.  Cameron McGowan Currie, District Judge. (CR-91-312, CA-01-2729-1-22)

———————————

Submitted:  February 14, 2002        Decided:  February 28, 2002

———————————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Byron Keith Collins, Appellant Pro Se.  Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Byron Keith Collins seeks to appeal the district court's order dismissing his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). Because Collins failed to obtain authorization from this court to file a successive § 2255 motion, the district court properly denied the motion. 28 U.S.C.A. § 2244 (West 1994 & Supp. 2001). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Collins, Nos. CR-91-312; CA-01-2729-1-22 (D.S.C. filed Oct. 17, 2001; entered Oct. 18, 2001); see also United States v. Sanders, 247 F.3d 139 (4th Cir.), cert. denied, ___ U.S. ___, 122 S. Ct. 573 (2001) (holding claims pursuant to Apprendi v. New Jersey, 530 U.S. 466 (2000), are not cognizable on collateral review). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                          DISMISSED

2